UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY WILKERSON,

                Plaintiff,

- against -

DUNKEZ PRIVATE HOME CARE INC., et al.,

                Defendants.

**ORDER**

25-CV-02036 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Tiffany Wilkerson ("Plaintiff") initiated this action on March 11, 2025. Plaintiff did not serve any of the named defendants with her original complaint. On March 14, 2025, Plaintiff filed an amended complaint, naming as defendants: Dunkez Private Home care, Inc., Kate Dunkez, Harold Dunkez, and Casey Dunkez (together with Kate Dunkez and Harold Dunkez, the "Individual Defendants," and collectively with Dunkez Private Home care, Inc., "Defendants"). (Doc. 9). On March 17, 2025, the Clerk of Court issued summonses as to Defendants. (Docs. 14-17). Defendant Dunkez Private Home care, Inc. was served on July 23, 2025. (Doc. 21). The docket reflects that Defendant has not responded to the amended complaint. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer: . . . within 21 days after being served with the summons and complaint[.]"). There has been no activity on the docket concerning Dunkez Private Home care, Inc. since Plaintiff filed an affirmation of service. (Doc. 21).

      On August 12, 2025, the Court granted Plaintiff an extension of time to effectuate service on the Individual Defendants to September 10, 2025. (Doc. 23). This was the Court's second extension of Plaintiff's time to effectuate service. (Doc. 19). There is no indication on the docket that the Individual Defendants have been served, and none of the Individual Defendants have appeared in this case. There has been no activity on the docket since the Court's August 12, 2025 Order.

Accordingly, by October 14, 2025, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment against Defendant Dunkez Private Home care, Inc. Moreover, the claims for relief against the Individual Defendants will be dismissed without prejudice unless, by October 14, 2025, Plaintiff either: (i) files to the ECF docket proof of service, indicating that the Individual Defendants were served on or before September 10, 2025; or (ii) shows good cause in writing for her failure to comply with Fed. R. Civ. P. 4(m).

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

Dated: White Plains, New York
       September 30, 2025

_____
PHILIP M. HALPERN
United States District Judge