UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY WILKERSON,

                    Plaintiff,

          -against-

DUNKEZ PRIVATE HOME CARE INC., et al.,

                    Defendants.

**ORDER**

25-CV-02036 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on March 11, 2025. (Doc. 1). Plaintiff filed an amended complaint on March 14, 2025. (Doc. 9). On August 5, 2025, Plaintiff filed an affidavit of service, indicating service of the summons and amended complaint was effectuated on Defendant Dunkez Private Home Care Inc. on July 23, 2025 (Doc. 21). A Clerk's Certificate of Default was entered as to Defendant Dunkez Private Home Care Inc. on October 9, 2025. (Doc. 27). Plaintiff moved by Order to Show Cause for entry of a default judgment against Defendant Dunkez Private Home Care Inc. on October 15, 2025 (Docs. 32-35), which the Court denied without prejudice to renewal, for failure to comply with the Court's Individual Practices and because Plaintiff's default motion was applicable to fewer than all of the defendants. (Doc. 36). On November 17, 2025, all defendants other than Dunkez Private Home Care Inc. were voluntarily dismissed from this action. (Docs. 37-38). Since Plaintiff voluntarily dismissed all defendants other than Dunkez Private Home Care Inc. from this action, there has been no activity on the docket.

By February 2, 2026, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why she should not pursue default judgment against Defendant Dunkez Private Home Care Inc.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
        January 5, 2026

_____
Philip M. Halpern
United States District Judge