UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY WILKERSON,

                Plaintiff,

        - against -

DUNKEZ PRIVATE HOME CARE INC., et al.,

                Defendants.

**ORDER**

25-CV-02036 (PMH)

PHILIP M. HALPERN, United States District Judge:

On October 9, 2025, Plaintiff Tiffany Wilkerson obtained a Clerk's Certificate of Default as to Defendant Dunkez Private Home Care Inc. (Doc. 27). On October 15, 2025, Plaintiff moved, by way of order to show cause, for a default judgment against Defendant Dunkez Private Home Care Inc. (Docs. 32-35), which the Court did not sign, as the proposed default was applicable to fewer than all defendants. (Doc. 36). On November 17, 2025, Plaintiff voluntarily dismissed this action as against Defendants Kate Dunkez, Harold Dunkez, and Casey Dunkez leaving Defendant Dunkez Private Home Care Inc. as the sole remaining defendant. (Doc. 38). Accordingly, on January 6, 2026, the Court issued an order directing Plaintiff to comply with the Court's Individual Practices for obtaining a default judgment or file a letter explaining why she should not pursue default judgment against Defendant Dunkez Private Home Care Inc. (Doc. 39). On January 7, 2026, Plaintiff filed a proposed order to show cause without emergency relief (Doc. 40), the affidavit of Daniel Chavez with exhibits annexed thereto (Doc. 41), a memorandum of law in support (Docs. 42), and a proposed default judgment. (Doc. 43).

At this time, the Court declines to sign Plaintiff's proposed order to show cause because Plaintiff's memorandum of law in support (Doc. 42) fails to explain "how the moving party's proof satisfies the burden of proof associated with the request." Individual Practices, Attachment A ¶

3(d). Accordingly, by February 2, 2026, Plaintiff shall supplement her motion by filing a memorandum of law that sets forth the burden of proof for each of her claims to which she believes she is entitled to a liability judgment against Defendant Dunkez Private Home Care Inc., and explains how she satisfies the burden attributable to each.

Once Plaintiff submits a memorandum of law in accordance with this order, the Court will take Plaintiff's request for the entry of default judgment by order to show cause under advisement.

**SO ORDERED.**

Dated: White Plains, New York
      January 9, 2026

_____
PHILIP M. HALPERN
United States District Judge