UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY WILKERSON,

                            Plaintiff,

            -against-

DUNKEZ PRIVATE HOME CARE, Inc.,
KATE DUNKEZ (Professional & Individual
Capacity), HAROLD DUNKEZ
(Professional & Individual Capacity), and
CASEY DUNKEZ (Professional &
Individual Capacity),

                            Defendants.

Case No.: 7:25-cv-02036-PMH

~~PROPOSED ORDER FOR~~
~~DEFAULT JUDGMENT~~  *PMH*

on liability only

This action having been commenced on March 11, 2025 by the filing of the Summons and

Complaint and First Amended Complaint on March 14, 2025, and a copy of the Summons and

First Amended Complaint having been personally served on the defendant, DUNKEZ PRIVATE

HOME CARE, INC., on July 23, 2025 by serving a copy of the Summons and First Amended

Complaint upon Trisha Tarkett, Authorized Agent in the Office of the Secretary of State, of the State

of New York, and proof of service having been filed on August 5, 2025 and the defendant not *PMH*

And upon the Court's review of the Plaintiff's Order to Show Cause and supporting documents thereto, including the Affidavit of Daniel Chavez (Doc. 41),

having answered the Complaint, and the time for answering the Complaint having expired, ~~it is~~

Memorandum of Law in Support (Doc. 42), and Supplemental Memorandum of Law (Doc. 45), and upon all of the pleadings and proceedings heretofore had herein, and due deliberation having been had, it is

ORDERED, ADJUDGED AND DECREED:  That the plaintiff have judgment against

on liability only and only as to the claims set forth in the Court's contemporaneous order.

defendant, DUNKEZ PRIVATE HOME CARE, INC.; ~~and that this matter be referred to a~~ *PMH*

An in-person conference has been schedule for May 13, 2026 at 11:30 a.m. in Courtroom 520 of the White Plains courthouse concerning an inquest on damages.

~~Magistrate Judge to conduct an Inquest into the amount of Plaintiff's damages.~~

Dated:  White Plains, New York
        April 30        , 2026

                                        _____
                                        ~~U.S.D.J.~~
                                        Hon. Philip M. Halpern
                                        United States District Judge
                                        ~~This document was entered on the docket~~
                                        ~~on~~ _____.