UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIFFANY WILKERSON,<br><br>                         Plaintiff,<br><br>          -against-<br><br>DUNKEZ PRIVATE HOME CARE INC.,<br>et al.,<br><br>                         Defendants. | **ORDER**<br><br>25-CV-02036 (PMH) |

PHILIP M. HALPERN, United States District Judge:

On May 13, 2026, counsel for Plaintiff Tiffany Wilkerson appeared for a status conference. As discussed on the record, the Court scheduled an inquest on damages for June 23, 2026 at 9:30 a.m. to be held in-person in Courtroom 520 of the White Plains courthouse. The Court further directed Plaintiff to, on or before June 15, 2026, file via ECF: (1) an exhibit list, including copies of pre-marked, numbered exhibits; (2) Plaintiff's affidavit, laying out the testimony Plaintiff intends to present; (3) an attorney's affidavit regarding attorneys' fees; and (4) a memorandum of law, not to exceed ten pages, describing the damages Plaintiff seeks, including dollar amounts, and explaining how Plaintiff's enrollment in school does not constitute a failure to mitigate damages. *See* Transcript.

**SO ORDERED.**

Dated:    May 13, 2026
          White Plains, New York

_____
HON. PHILIP M. HALPERN
United States District Judge