UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY WILKERSON,

Plaintiff,

-against-

DUNKEZ PRIVATE HOME CARE, Inc., KATE DUNKEZ (Professional & Individual Capacity), HAROLD DUNKEZ (Professional & Individual Capacity), and CASEY DUNKEZ (Professional & Individual Capacity),

Defendants.

Case No.: 7:25-cv-02036-PMH

**DEFAULT JUDGMENT ON DAMAGES**

**WHEREAS**, this action was commenced on March 11, 2025, by the filing of the Summons and Complaint and First Amended Complaint on March 14, 2025;

**WHEREAS**, a copy of the Summons and First Amended Complaint was served on Defendant DUNKEZ PRIVATE HOME CARE, INC. on July 23, 2025, by serving a copy of the Summons and First Amended Complaint upon Trisha Tarkett, Authorized Agent in the Office of the Secretary of State, of the State of New York, and proof of service having been filed on August 5, 2025;

**WHEREAS,** Defendant did not answer the Complaint or Amended Complaint and the time for answering the Complaint and Amended Complaint expired;

**WHEREAS**, by order dated April 30, 2026, the Court granted default judgment as to liability, holding that Defendant is liable to Plaintiff for violating 42 U.S.C. §§ 2000e-17 ("Title VII"); New York State Executive Law §§ 296 *et. seq*. ("NYSHRL"); the False Claims Act, 31 U.S.C. §§ 3729 *et. seq*. ("FCA"); the New York False Claims Act, N.Y. State Fin. Law §§ 187 *et. seq*. ("NYFCA"); and N.Y. Comp. Codes R. & Regs. Tit. 12 § 146-1.6 ("NYLL"), and entered on May 1, 2026;

**WHEREAS**, Plaintiff filed a memorandum of law in support of her damages, along with supporting affidavits and exhibits, on June 16, 2026; and

**WHEREAS**, the Court held an inquest on damages on June 23, 2026.

**ACCORDINGLY**, for the reasons set forth in the order orally issued during the June 23, 2026, inquest hearing, it is hereby **ORDERED, ADJUDGED, AND DECREED**, on this 14th day of July, 2026, that Plaintiff is awarded damages against Defendant Dunkez Private Home Care Inc., totaling $28,960, as follows: PMH

1. $410.00 in her unpaid minimum wages plus liquidated wages;
2. $2,250 in unpaid wages;
3. $6,300.00 in back pay;
4. $12,500.00 in emotional distress;
5. $7,500.00 in punitive damages;
6. $11,584.00 in reasonable attorneys' fees; and
7. $1,295.63 in costs and disbursements.

Dated: White Plains, New York
July, 14, 2026

Hon. Philip M. Halpern, U.S.D.J.